**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| DONNA F. CONE AND ALTON CONE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 5:08-CV-00017-CAR |
| ELISABETH A. WAGNER, D.O., | ) | |
| CENTRAL GEORGIA WOMEN'S | ) | |
| HEALTHCARE, P.C., AND | ) | |
| WOMEN'S HEATHCARE OF MIDDLE | ) | |
| GEORGIA, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WOMEN'S HEALTHCARE OF MIDDLE GEORGIA, P.C.**

COME NOW Plaintiffs and dismiss without prejudice named Defendant Women's Healthcare of Middle Georgia, P.C.. in the above-captioned matter. Pursuant to F.R.C.P. 41(a)(1)(ii) all parties consent to the dismissal of Defendant Women's Healthcare of Middle Georgia, P.C. without prejudice.

This 18th day of June, 2008.

                                      **MATTHEWS, STEEL & MOSS, LLP**

                                      */s/ John D. Steel*
                                      John D. Steel, Esq.
                                      Georgia Bar No. 677646
                                      James B. Matthews, III, Esq.
                                      Georgia Bar No. 477559

15 Piedmont Center, Suite 1560
3575 Piedmont Road NE
Atlanta, Georgia 30305
(404) 264-1292

                                        **THE MATHIS LAW FIRM, P.C.**

                                        */s/ Charles A. Mathis*
                                        Charles A. Mathis
                                        Georgia Bar No. 477025

15 Piedmont Center, Suite 1560
3575 Piedmont Road, N.E
Atlanta, Georgia  30305
(404) 523-5000

Attorneys for Plaintiffs

                                      **CHAMBLESS, HIGDON, RICHARDSON, KATZ & GRIGGS, LLP**

                                        */s/ David N. Nelson*
                                        David N. Nelson, Esq.
                                        Georgia Bar No. 537760

577 Walnut Street, Suite 200
P.O. Box 246
Macon, Georgia 31202-0246
(478) 745-1181

Attorneys for Defendant
Women's Healthcare of Middle Georgia, P.C.

                                      **HALL, BOOTH, SMITH & SLOVER, P.C.**

                                        */s/ Terrell W. Benton*
                                        Terrell W. Benton, Esq.
                                        Georgia Bar No. 053740

1180 West Peachtree Street NW, Suite 900
Atlanta, Georgia 30309
(404) 954-6958

Attorneys for Defendants
Elisabeth A. Wagner, D.O. and
Central Georgia Women's Healthcare, P.C.