# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DONNA F. CONE and ALTON CONE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| VS. ) | |
| ) | FILE NO. 5:08-CV-17 |
| ELISABETH A. WAGNER, D.O. and ) | |
| CENTRAL GEORGIA WOMEN'S ) | |
| HEALTHCARE, P.C., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW DONNA F. CONE and ALTON CONE, Plaintiffs and ELISABETH A. WAGNER, D.O. and CENTRAL GEORGIA WOMEN'S HEALTHCARE, P.C., Defendants in the above-styled civil action, and, pursuant to F.R.C.P. 41(a)(1)(ii), stipulate to the dismissal of all claims against Defendants with prejudice and hereby authorize the Clerk of the United States District Court, Middle District of Georgia, Macon Division to mark the above-styled civil action "Dismissed with Prejudice" upon the dockets and records of the United States District Court, Middle District of Georgia, Macon Division.

Respectfully submitted this 7th day of May, 2009.

                                                           **MATTHEWS, STEEL & MOSS, LLP**

                                                           /s/ John D. Steel
                                                           JOHN D. STEEL
                                                           Georgia Bar No. 677646
                                                          JAMES B. MATTHEWS
                                                          Georgia Bar No. 477559
                                                          Attorneys for Plaintiffs

15 Piedmont Center, Suite 1560
3575 Piedmont Road, N.E.
Atlanta, GA 30305
404-264-1292

                                **THE MATHIS LAW FIRM, P.C.**

                                _/s/ Charles A. Mathis_____
                                CHARLES A. MATHIS
                                Georgia Bar No. 477025
                                Attorney for Plaintiffs

15 Piedmont Center, Suite 1560
3575 Piedmont Road, N.E.
Atlanta, GA  30305
404-523-5000

                                **HALL, BOOTH, SMITH & SLOVER, P.C.**

                                _/s/ Terrell W. Benton, III_____
                                TERRELL W. BENTON, III
                                Georgia Bar Number 053740
                                J. DEAN TAYLOR
                                Georgia Bar Number 737577
                                Counsel for Defendants

1180 West Peachtree Street, N.W.
Suite 900
Atlanta, GA 30309
404-954-5000; (fax) 404-954-5020

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this matter by electronic filing, addressed to counsel of record as follows:

> Terrell W. Benton, Esq.
> J. Dean Taylor, Esq.
> Hall, Booth, Smith & Slover, P.C.
> 1180 W. Peachtree Street, N.W.
> Suite 900
> Atlanta, Georgia 30309-3479

Respectfully submitted this 7th day of May, 2009.

**MATTHEWS, STEEL & MOSS, LLP**

 /s/ John D. Steel
JOHN D. STEEL
Georgia Bar No. 677646
JAMES B. MATTHEWS
Georgia Bar No. 477559
Attorneys for Plaintiffs

15 Piedmont Center, Suite 1560
3575 Piedmont Road, N.E.
Atlanta, GA  30305
404-264-1292

**THE MATHIS LAW FIRM, P.C.**

 /s/ Charles A. Mathis
CHARLES A. MATHIS
Georgia Bar No. 477025
Attorney for Plaintiffs

15 Piedmont Center, Suite 1560
3575 Piedmont Road, N.E.
Atlanta, GA  30305
404-523-5000